AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | | |
|---|---|---|
| SHARON LEE HILTON | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   8:26 cv 01024 BHH |
| MARGARET SCHMIDT | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Margaret Schmidt                                                                 .

Date:     06/29/2026

/s/ Natasha M. Durkee
*Attorney's signature*

Natasha M. Durkee, Esq. (Bar No.: 13742)
*Printed name and bar number*
Post Office Box 1068

Mount Pleasant, SC  29465

*Address*

natasha@walkerallenlaw.com
*E-mail address*

(854) 529 0595
*Telephone number*

(843) 637 3463
*FAX number*