**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF SOUTH CAROLINA**

**ANDERSON DIVISION**

**Case No.: 8:26-cv-01024-BHH**

| | | |
|---|---|---|
| SHARON LEE HILTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ANSWERS TO RULE 26.01** |
| | ) | **INTERROGATORIES** |
| MARGARET SCHMIDT, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**NOW COMES** Defendant Margaret Schmidt (hereinafter referred to as "Defendant"), and files their Rule 26.01 Interrogatories as follows:

(A)     State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

**ANSWER**:     **None known at this time.**

(B)     As to each claim, state whether it should be tried jury or non-jury and why.

**ANSWER**:     **Defendant joins Plaintiff's request for a jury trial as stated in Defendant's Answer.**

(C)      State whether the party submitting these responses is a publicly owned company and separately identify:

(1)     each publicly owned company of which it is a parent, subsidiary, partner or affiliate;

(2)     each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and

(3)     each publicly owned company in which the party owns ten percent or more of the outstanding shares.

**ANSWER**:     **Defendant is an individual, and not a publicly owned company.**

(D)     State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

**ANSWER**:     **The motor vehicle accident at issue within Plaintiff's Complaint occurred in Salem, Oconee County, South Carolina.**

(E)     Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide:

(1) A short caption and the full case number of the related action;
(2) An explanation of how the matters are related; and
(3) A statement of the status of the related action.

*Counsel should disclose any cases which may be related regardless of whether they are still pending. Whether cases are related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical transactions, happenings, or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.*

**ANSWER**:     **None that Defendant is aware of.**

(F) If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**ANSWER: Defendant has not asserted that is improperly named or identified within Plaintiff's Complaint.**

(G) If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of their liability.

**ANSWER: Defendant has alleged that Plaintiff was comparatively negligent in causing the Subject Accident in Defendant's Answer. Specifically, Defendant refers this Court to her Third Affirmative Defense.**

(H) Parties or Intervenors in a Diversity Case. In an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, name – and identify the citizenship of – every individual or entity whose citizenship is attributed to that party or intervenor. This response must be supplemented when any later event occurs that could affect the court's jurisdiction under § 1332(a).

**ANSWER: Plaintiff has alleged that she is a citizen and resident of the State of Florida. Defendant is without knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, does not opine upon same. Defendant is a citizen and resident of the State of South Carolina.**

THIS the 29 day of June, 2026.

*s/Jeffrey T. Ammons*

_____
Jeffrey T. Ammons
S.C. Bar No.: 13092
Natasha M. Durkee
S.C. Federal Bar No.: 13742
*Attorneys for Defendant Margaret Schmidt*
WALKER ALLEN LLP
Post Office Box 1068
Mount Pleasant, SC  29465
854-529-0595 (phone)
843-637-3463 (fax)
jeff@walkerallenlaw.com
natasha@walkerallenlaw.com