# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## ANDERSON DIVISION

| | |
|---|---|
| Sharon Lee Hilton,<br><br>*Plaintiff,*<br><br>v.<br><br>Margaret Schmidt,<br><br>*Defendant.* | Case No.: 8:26-cv-01024-SAC<br><br>**CONSENT MOTION FOR EXTENSION OF TIME FOR 26(f) CONFERENCE** |

Plaintiff respectfully requests that the Court extend the deadline for the early conference of the parties, pursuant to Rule 16.

**FACTUAL BACKGROUND**

On March 10, 2026, Plaintiff filed this action against Defendant Margaret Schmidt ("Defendant"). On June 29, 2026, Defendant filed an answer to Plaintiff's complaint. Since this time, the parties have agreed to a compromised settlement agreement. Plaintiff has sent the complaint for service upon Plaintiff's alleged Underinsured Motorist carrier pursuant to S.C. Code § 38-77-160. Plaintiff delivered copies of the summons and complaint by process server agency ABCLegal on August 20, 2026. As of August 31, 2026, Plaintiff has not received the confirmation of service from SC DOI. Upon information and belief, Plaintiff will receive a dated confirmation of service confirming the time for response under S.C. Code § 38-77-160 shortly.

**LEGAL STANDARD**

A scheduling order may be modified "for good cause and with the judge's consent." Fed.R.Civ.P. 16(b)(4). The "good cause" standard for modification "focuses on the diligence of the party seeking leave to modify the scheduling order." *Dilmar Oil Co., Inc. v. Federated Mut. Ins. Co.*, 986 F.Supp. 959, 980 (D.S.C.1997).

**LEGAL STANDARD**

Plaintiff has pursued the next steps in the prosecution of her case diligently. While Plaintiff and Defendant can meet and confer regarding the scheduling order, Plaintiff believes that the Underinsured Motorist carrier will likely desire to have input regarding the scheduling order in this matter since the tortfeasor no longer has an interest in the outcome of the case. Accordingly, Plaintiff seeks an extension of time to hold the early conference of the parties to allow for time for the Underinsured Motorist carrier to appear, answer, and participate in the creation of a new proposed scheduling order.

**LOCAL CIVIL RULE 6.01 STATEMENT**.

Pursuant to Local Civ. Rule 6.01, the following information is provided:

1. The current deadline for the early conference of the parties was August 3, 2026.

2. The deadline has been not been extended previously.

3. Plaintiff requests a new deadline for the early conference of the parties of 15 days following the appearance of counsel for alleged UIM Carrier Farmers Casualty Insurance Company.

4. The extension will affect the remaining deadlines and will likely result in a request for an amended scheduling order developed at the early conference of the Parties.

[*Signatures on Following Page*]

**I SO MOVE/CONSENT:**

**MORGAN & MORGAN, P.A.**

s/ Cooper Klaasmeyer
Cooper Klaasmeyer, Fed. I.D. No. 14272
Morgan & Morgan, P.A.
4401 Belle Oaks Drive, Suite 300
North Charleston, SC 29405
(843) 973-5438
**ATTORNEYS FOR PLAINTIFF**

s/ Natasha M. Durkee

Jeffrey T. Ammons
S.C. Bar No.: 13092
Natasha M. Durkee
S.C. Federal Bar No.: 13742
*Attorneys for Defendant Margaret Schmidt*
WALKER ALLEN LLP
Post Office Box 1068
Mount Pleasant, SC 29465
854-529-0595 (phone)
843-637-3463 (fax)
jeff@walkerallenlaw.com
natasha@walkerallenlaw.com