UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | | |
|---|---|---|
| SHARON LEE HILTON, | ) | Civil Action No. 8:26-cv-01024-BHH |
| Plaintiff, | ) | |
| vs. | ) | **NOTICE OF APPEARANCE AND CONDITIONAL ANSWER OF FARMERS CASUALTY INSURANCE COMPANY** |
| MARGARET SCHMIDT, | ) | **(Jury Trial Demanded)** |
| Defendant | ) | |

PLEASE TAKE NOTICE that the undersigned attorneys hereby appear on behalf of Farmers Casualty Insurance Company ("Farmers Casualty") in the above-captioned matter. Farmers Casualty is alleged to provide underinsured motorist coverage to one or more parties to this action and was served with copies of the pleadings through the South Carolina Department of Insurance. In filing this notice, Farmers Casualty makes no representation or admission as to the existence, applicability, or amount of any insurance coverage. This filing and all activities in this case are undertaken under a reservation of rights and without waiver of such rights pursuant to its policy of insurance, including, but not limited to, the applicability of underinsured motorist coverage in this action.

The undersigned hereby give notice that this underinsured motorist carrier may provide a defense, and request that copies of all pleadings and discovery served in this action by all named parties be produced upon the undersigned at the address given below, to the extent said documents are not electronically filed with the district court. In addition, this underinsured motorist carrier specifically demands a trial by jury pursuant to federal law. Further, the undersigned state that they and their law firm do not represent the named Defendant and are not, at this time, undertaking such representation. Farmers Casualty specifically reserves the option to

assume control of the defense in the name of the Defendant pursuant to S.C. Code Ann. § 38-77-160, as amended, should the carrier choose to exercise that option.

To the extent that a responsive pleading is required, Farmers Casualty denies each and every allegation of the Complaint; asserts those affirmative defenses set out in the Federal Rules of Civil Procedure; contests service and personal jurisdiction; and raises those defenses set forth in Rule 12 of the Federal Rules of Civil Procedure, all to the extent they are applicable on behalf of the named Defendant. Farmers Casualty reserves the right to move the Court for permission to file a full and amended Answer at such time as it assumes the defense of this case or thereafter.

WHEREFORE, having conditionally answered, Farmers Casualty prays that the Complaint be dismissed, for Farmers Casualty's costs of this action, and for such other relief as the Court and jury deem just and proper.

MCANGUS GOUDELOCK & COURIE, LLC

*s/Amanda L.C. Bradley*
Amanda L.C. Bradley
Fed. ID No. 74950
201 West McBee Avenue, 2nd Floor
Greenville, South Carolina 29601
Phone: (864) 239-6708
Fax: (864) 242-3199
Email: amanda.bradley@mgclaw.com

ATTORNEYS FOR FARMERS CASUALTY
INSURANCE COMPANY

October 23, 2026