UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | | |
|---|---|---|
| SHARON LEE HILTON, | ) | Civil Action No. 8:26-cv-01024-BHH |
| Plaintiff, | ) | |
| vs. | ) | |
| MARGARET SCHMIDT, | ) | **FARMERS CASUALTY INSURANCE COMPANY'S ANSWERS TO LOCAL RULE 26.01 INTERROGATORIES** |
| Defendant. | ) | |

Farmers Casualty Insurance Company ("Farmers"), by and through its undersigned attorneys, hereby answers Local Rule 26.01 Interrogatories in accordance with Local Rules of the United States District Court for the District of South Carolina.

A. State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of that interest.

**ANSWER: Farmers is not aware of any legal entities who may have a subrogation interest at this time. Investigation and discovery are ongoing, and this answer will be supplemented as appropriate.**

B. As to each claim, state whether it should be tried jury or non-jury and why.

**ANSWER: Plaintiff has asserted legal claims and both Plaintiff and Defendant have requested a jury trial. Therefore, this case should be tried by jury.**

C. State whether the party submitting these responses is a publicly-owned company and separately identifies: (1) any parent corporation and any publicly-held corporation owning ten percent (10%) or more of the party's stock; (2) each publicly-owned company in which the party owns ten percent (10%) or more of the outstanding shares.

**ANSWER: Not applicable as Farmers in a purported UIM carrier.**

D. State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division). *See* Local Civil Rule 3.01 (D.S.C.).

**ANSWER: Farmers Casualty does not challenge the appropriateness of the Anderson Division. The acts and omissions giving rise to the claim are alleged to have occurred in Oconee County, South Carolina, which lies within the Anderson Division.**

E. Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases which may be related regardless of whether they are still pending. Whether cases are related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical transactions, happenings, or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**ANSWER:** **Farmers in currently unaware of any such related cases in this District.**

F. If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**ANSWER:** **This interrogatory is not applicable in that Farmers is not a defendant in the action. However, Farmers was properly identified in the service documents notifying it of this action as a purported UIM carrier.**

G. If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of their liability.

**ANSWER:** **Not applicable as Farmers is a purported UIM carrier.**

H. Parties or Intervenors in a Diversity Case. In an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, name – and identify the citizenship of – every individual or entity whose citizenship is attributed to that party or intervenor. This response must be supplemented when any later event occurs that could affect the court's jurisdiction under § 1332(a).

**ANSWER:** **As alleged in the Complaint, Plaintiff Sharon Lee Hilton is a citizen and resident of the State of Florida, and Defendant Margaret Schmidt is a citizen and resident of the State of South Carolina. Farmers Casualty Insurance Company appears in the name of the Defendant pursuant to S.C. Code Ann. § 38-77-160 and is not a named party. Farmers Casualty will supplement this answer upon the occurrence of any later event that could affect the Court's jurisdiction under § 1332(a).**

***[SIGNATURE ON FOLLOWING PAGE]***

MCANGUS GOUDELOCK & COURIE, LLC

*s/Amanda L.C. Bradley*
Amanda L.C. Bradley
Fed. ID No. 74950
201 West McBee Avenue, 2nd Floor
Greenville, South Carolina 29601
Phone: (864) 239-6708
Fax: (864) 242-3199
Email: amanda.bradley@mgclaw.com

ATTORNEYS FOR FARMERS CASUALTY INSURANCE COMPANY

October 23, 2026