**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**ANDERSON DIVISION**

| | |
|---|---|
| Sharon Lee Hilton,<br><br>*Plaintiff,*<br><br>v.<br><br>Margaret Schmidt,<br><br>*Defendant.* | Case No.: 8:26-cv-01024-SAC<br><br>**PLAINTIFF'S MOTION FOR EXTENSION OF TIME FOR 26(f) CONFERENCE** |

Plaintiff respectfully requests that the Court extend the deadline for the early conference of the parties, pursuant to Rule 16.

## FACTUAL BACKGROUND

On March 10, 2026, Plaintiff filed this action against Defendant Margaret Schmidt ("Defendant"). On June 29, 2026, Defendant filed an answer to Plaintiff's complaint. Since this time, the Plaintiff and named Defendant have agreed to a compromised settlement agreement, resulting in the Defendant no longer being a real party-in-interest. Plaintiff has served the complaint upon Plaintiff's alleged Underinsured Motorist carrier pursuant to S.C. Code § 38-77-160. Because the Court's deadline for the early conference of the Parties expired prior to the appearance of UIM, the Parties moved for an extension of the deadline. The Court entered an order extending the deadline to October 15, 2026. Subsequently, on October 23, 2026, the UIM carrier made its appearance in the case pursuant to the statute. On October 29, 2026, the early conference of the parties between the Plaintiff and the UIM carrier was completed. Now, the parties have completed the 26(f) Report, Discovery Plan, and 26.03 responses and seek to file them with the Court.

## LEGAL STANDARD

A scheduling order may be modified "for good cause and with the judge's consent." Fed.R.Civ.P. 16(b)(4). The "good cause" standard for modification "focuses on the diligence of the party seeking leave to modify the scheduling order." *Dilmar Oil Co., Inc. v. Federated Mut. Ins. Co.*, 986 F.Supp. 959, 980 (D.S.C.1997).

**LEGAL STANDARD**

The Parties have pursued the next steps in the orderly disposition of this case diligently. Plaintiff served the UIM carrier through the Department of Insurance and the UIM carrier appeared within the 30 days allowed under the statute. Since then the parties have conferred, developed a proposed scheduling order, and created a 26(f) report with the related materials and interrogatory responses. The Parties now seek for leave to file the appropriate materials with the Court.

**LOCAL CIVIL RULE 6.01 STATEMENT**

Pursuant to Local Civ. Rule 6.01, the following information is provided:

1. The current deadline for the early conference of the parties was October 15, 2026.

2. The deadline has been extended once previously.

3. The Parties requests a new deadline accepting the already conducted early conference of the Parties on October 29, 2026.

4. The extension will affect the remaining deadlines, and the Parties have developed a proposed amended scheduling order for the Court's review.

[*Signatures on Following Page*]

**I SO MOVE/CONSENT:**

**MORGAN & MORGAN, P.A.**

s/ Cooper Klaasmeyer
Cooper Klaasmeyer, Fed. I.D. No. 14272
Morgan & Morgan, P.A.
4401 Belle Oaks Drive, Suite 300
North Charleston, SC 29405
(843) 973-5438
**ATTORNEYS FOR PLAINTIFF**

s/ Grace Lesesne
Grace Lesesne, Fed. ID No. 14447
201 West McBee Avenue, 2nd Floor
Greenville, South Carolina 29601
Phone: (864) 239-6708
Fax: (864) 242-3199
**ATTORNEYS FOR FARMERS CASUALTY INSURANCE COMPANY**

November 4, 2026
Charleston, SC